UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-02167-FWS (JDEx) | Date | June 21, 2023 |
|---|---|---|---|
| Title | GS Holistic, LLC v. S&F Fairview Inc et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [22] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **thirty (30) days** to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

In light of the dismissal of this action, Plaintiff's Motion for Plaintiff's Counsel to Appear Telephonically at the June 22 Hearing [21] is **DENIED AS MOOT**.

Any outstanding Orders to Show Cause are discharged.

                                                                                                    -   :   -
                                                                                    _____

                                                                    Initials of Deputy Clerk    mku

cc: